# IN THE SUPREME COURT OF TEXAS
## No. 14-0784

Jesus Mendoza, Petitioner v.
Sylvia Mendoza, Respondent

Petitioner's Motion to Order the Clerk of the Court of Appeals
to Forward the Original Appellate Record and Supplements

I, Pro-se Petitioner, Jesus Mendoza, respectfully requests the Supreme Court to order the Clerk of the Court of Appeals to forward the original, Appellate Record and supplements.

### Statement of Facts

On April 30, 2014, the trial Court signed a final Decree of Divorce. On May 14, 2014, I filed on the trial Court a Request for findings of fact and conclusions of law, and on June 11, 2014, I filed a notice of past due findings of fact and conclusions of law.

On July 24, 2014, I filed on the trial Court a Notice of Appeal; a Motion and Affidant for waiver of costs and fees in the appeal; a motion for a free appellate record; and a request for the reporter's record.

On Aug. 8, 2014, I filed on the Court of Appeals a motion to confirm that my appeal had been timely perfected and to abate the appeal and remand the case to the trial Court to make findings of fact and conclusions of law on the ground that I timely filed a Request for findings of fact and conclusions of law and a Notice of past due findings of fact and conclusions of law.

1

On Oct. 10, 2014, the trial Court granted my motion for a free Appellate Record

On Oct. 16, the Clerk of the trial Court sent me only the docket sheet of the Appellate Record.

On Oct. 30, 2014, the Court of Appeals denied my motion to confirm that my appeal had been timely perfected and to abate the appeal and remand the case to the trial Court.

On Nov. 11, 2014, I filed a motion for rehearing, and on Nov. 25, 2014, the Court of Appeals denied the motion.

In response to my requests for the Appellate Record, on or about Dec. 1, 2014, the Clerk of the trial Court notified me that the Appellate Record had been lost and that the record had to be reconstructed.

On Jan. 22, 2014, this Court granted the second motion for an extension of time to file the petition for review until no later than Feb. 23, 2015.

On Jan. 30, 2014, I received the Appellate Record. the Appellate Record is missing more than 100 pages of filings, including trial Court orders, motions, exhibits, medical records supporting my motion for protective orders, the reporter's record, and my Request for findings of fact and conclusions of law. that support my claim that my appeal had been timely perfected.

On Feb. 6, 2015 I sent to the Clerk of the trial Court a Request to prepare, certify and file a supplemental record on the Court of Appeals pursuant to Tex. R. App. P. 34.5 (c)(1), 34.6 (d).

2

## Argument and Authorities

the Texas Supreme Court may order the Clerk of the Court of Appeals to forward the original record. Tex. R. App. P. 54.2 (a). the original record is necessary for the Court's consideration of the issues in this appeal because even stamped filings may not be considered by this Court and because the relief sought in this appeal is necessary to prevent that my children's health condition becomes, as in my case, life-threatening.

## Relief

for these reasons, I respectfully request the Texas Supreme Court to order the Clerk of the Court of Appeals to forward the original complete record and supplements.

Respectfully, Jesus Mendoza, Pro-se Petitioner
2202 E. 28th St. Mission, TX. 78574 Tel. (956) 519-7140

## Certificate of Service

I certify that on 6 feb, 2015 I served a copy of the above on the Clerk of the 13th Court of Appeals and on Respondent's counsel by U.S. mail

Respectfully, Jesus Mendoza, Pro-se Petitioner
2202 E. 28th St. Mission, TX. 78574 Tel. (956) 519-7140